## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANGELO CASTIGLIOLA | No. |

## MOTION TO SEAL

The United States of America, by and through its counsel, Darcie N. McElwee, United States Attorney for the District of Maine, and Shira Furman, Assistant United States Attorney, respectfully moves to seal the Criminal Complaint in this case, supporting Affidavit, arrest warrant, and any resulting Orders and docket entries. In support of this motion, the Government states the following:

The government is seeking a criminal complaint charging Angelo Castigliola with making repeated telephone calls with intent to harass, in violation of 47 U.S.C. § 223(a)(1)(E), and transmitting a threatening interstate communication, in violation of 18 U.S.C. § 875(c). The government is also seeking an arrest warrant for Castigliola.

The government respectfully requests that the Court seal the documents described above until Castigliola's arrest. Sealing these items will minimize the possibility that Castigliola will learn of the charge against him and flee. Sealing will also protect law enforcement officers and agents who may be required to arrest Castigliola.

Accordingly, the United States requests that the Court seal this motion, the Criminal Complaint in this case, supporting Affidavit, arrest warrant, and any resulting Orders and docket entries until Castigliola's arrest.

Date:  August 14, 2023                     Respectfully Submitted:

DARCIE N. MCELWEE
United States Attorney

*/s/ Shira Furman*

Shira Furman
Assistant United States Attorney
U.S. Attorney's Office
100 Middle Street
Portland, Maine 04101
(207) 780-3257
Shira.Furman@usdoj.gov