# UNITED STATES v. ANGELO CASTIGLIOLA

## SYNOPSIS – COMPLAINT

| | |
|---|---|
| **Name:** | Angelo Castigliola |
| **Address:** (City & State Only) | Transient |
| **Year of Birth and Age:** | 1980 (43 years old) |
| **Violations:** | Count 1: Making repeated telephone calls with intent to harass. 47 U.S.C. § 223(a)(1)(E). <br><br> Count 1 is a Class E felony. *See* 18 U.S. Code § 3559(a)(5). <br><br> Count 2: Transmitting threatening interstate communication. 18 U.S.C. § 875(c). <br><br> Count 2 is a Class D felony. *See* 18 U.S. Code § 3559(a)(4). |
| **Penalties:** | Count 1: Not more than 2 years imprisonment, and/or not more than a $250,000 fine. 47 U.S.C. § 223(a); 18 U.S.C. 3571(b)(3). <br><br> Count 2: Not more than 5 years imprisonment, and/or not more than a $250,000 fine. 18 U.S.C. § 875(c). |
| **Supervised Release:** | Counts 1: Not more than 1 year. 18 U.S.C. § 3583(b)(3). <br><br> Count 2: Not more than 3 years. 18 U.S.C. § 3583(b)(2). |

| | | |
|---|---|---|
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Count 1: | Not more than 1 year. 18 U.S.C. § 3583(e)(3). |
| | Count 2: | Not more than 2 years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Additional Term of Supervised Release for Violation of Supervised Release:** | Count 1: | Not more than 1 year less the term of imprisonment imposed upon revocation. 18 U.S.C. § 3583(h). |
| | Count 2: | Not more than 3 years less term of imprisonment imposed upon revocation. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | TBD | |
| **Primary Investigative Agency and Case Agent Name:** | FBI / SA Andrew Drewer | |
| **Detention Status:** | Warrant to issue. | |
| **Foreign National:** | No | |
| **Foreign Consular Notification Provided:** | N/A | |
| **County:** | Kennebec | |
| **AUSA:** | Shira Furman | |
| **Guidelines apply?   Y/N** | Yes | |
| **Victim Case:** | Yes | |
| **Corporate Victims Owed Restitution:** | N/A | |
| **Assessments:** | $100 per count | |