## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

ANGELO CASTIGLIOLA

No. 1:23-mj-00233-JCN

## MOTION TO UNSEAL

NOW COMES the United States, by and through its attorneys, Darcie N. McElwee, United States Attorney for the District of Maine, and Shira Furman, Assistant United States Attorney, and hereby moves to unseal the complaint, the affidavit in support of the complaint, and all related materials. As grounds therefor, the government states that the defendant Angelo Castigliola was arrested this morning.

Date: August 15, 2023

Respectfully Submitted:

DARCIE N. MCELWEE
United States Attorney

*/s/ Shira Furman*

SHIRA FURMAN
Assistant United States Attorney
U.S. Attorney's Office
100 Middle Street
Portland, Maine 04101
(207) 780-3257
Shira.Furman@usdoj.gov